# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In re Washington Mutual, Inc. Securities, Derivative & ERISA Litigation | Case No. 2:08-md-1919 MJP |
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION | Lead Case No. C08-387 MJP |
| This Document Relates to: | ORDER OF CONSOLIDATION |
| No. C09-664 MJP<br>No. C09-816 MJP | |

Pursuant to Fed. R. Civ. P. 42(a), the Court CONSOLIDATES <u>City of Buenaventura v. Killinger, et al.</u>, No. C09-816 and <u>Solton v. Killinger, et al.</u>, No. C09-664.  Any other actions now pending or hereafter filed in or transferred to this Court that allege violations of California law and arise out of the same facts as those alleged in the above-captioned cases shall be made part of this consolidation if and when they are drawn to the Court's attention. The files of the consolidated action shall be maintained in one file under Lead Case No. C09-664, and every pleading filed in this consolidated action shall bear the following caption:

| | | |
|---|---|---|
| IN RE WASHINGTON MUTUAL, INC. CALIFORNIA SECURITIES LITIGATION | ) ) ) | No. 2:08-md-1919 MJP<br>Lead Case No. C09-664 MJP |
| This Document Relates to: _____ | ) | |

ORDER OF CONSOLIDATION - 1

| | |
|---|---|
| 1 | Consistent with this Order, Plaintiffs must file a consolidated amended complaint by |
| 2 | no later than January 4, 2010.  Defendants may then file an answer or motion(s) to dismiss |
| 3 | only as to the single, consolidated complaint under the Lead Case No. C09-664 MJP. |
| 4 | Defendants' answer or motion(s) to dismiss must be filed on or before February 16, 2009. |
| 5 | Any opposition must be filed on or before March 15, 2009 and any reply brief(s) must be filed |
| 6 | on or before March 29, 2009.  This Order supplants the order of December 15, 2009 (Dkt. No. |
| 7 | 405). |
| 8 | The parties are reminded that they must file courtesy copies of any electronic filings |
| 9 | over 50 pages.  Local Rule CR 10(e)(8).  In addition to the requirements set forth in the local |
| 10 | rules, the courtesy copies must bear the CM/ECF number of the electronically filed materials |
| 11 | on the top of each page. |
| 12 | The Clerk is directed to send a copy of this order to all counsel of record. |
| 13 | DATED this 18th day of December, 2009. |

Marsha J. Pechman
United States District Judge

ORDER OF CONSOLIDATION - 2