Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION<br><br>This Document Relates to: Lead Case No. C09-664 MJP | No. 2:08-MD-1919 MJP<br><br>Lead Case No. C09-664 MJP<br><br>**DT-5: DECLARATION OF SAMUEL B. LUTZ IN SUPPORT OF DEFENDANT DELOITTE & TOUCHE LLP'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**<br><br>**NOTE FOR MOTION CALENDAR: March 29, 2010**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Samuel B. Lutz, declare as follows:

1. I am an attorney at Latham & Watkins LLP. I make the following statements based on personal knowledge. I am competent to testify to the matters stated herein.

2. I am one of the counsel of record for Deloitte & Touche LLP ("Deloitte"). I make this declaration in support of Deloitte's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint ("Complaint").

3. Attached hereto as Exhibit 1 is a true and correct copy of the "Comptroller's Handbook for Allowance for Loan and Lease Losses," which was issued by the Office of the Comptroller of the Currency. The Court took judicial notice of this document in its May 15, 2009 Order on Defendants' Motions to Dismiss in the securities class action (Dkt. No. 277).

4. Attached hereto as Exhibit 2 is a true and correct copy of Financial Accounting Standards Board Statement of Financial Accounting Standards No. 5, "Accounting for Contingencies," dated July 1, 1975. The Court took judicial notice of this document in its May 15, 2009 Order on Defendants' Motions to Dismiss in the securities class action (Dkt. No. 277 ).

5. Attached hereto as Exhibit 3 is a true and correct copy of Financial Accounting Standards Board, Emerging Task Force Topic No. D-80, "Application of FASB 5 and 114 to a Loan Portfolio," dated May 19-20, 1999. The Court took judicial notice of this document in its May 15, 2009 Order on Defendants' Motions to Dismiss in the securities class action (Dkt. No. 277).

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Washington Mutual, Inc.'s Form 10-K/A for the Fiscal Year Ended December 31, 2005, which was filed with the SEC on August 9, 2006. Plaintiffs refer to this document throughout their Complaint. The Court took judicial notice of this document in its May 15, 2009 Order on Defendants' Motions to Dismiss in the securities class action (Dkt. No. 277).

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Washington Mutual, Inc.'s Form 10-K for the Fiscal Year Ended December 31, 2006, which was filed with the SEC on March 1, 2007. Plaintiffs refer to this document throughout their Complaint. The Court took judicial notice of this document in its May 15, 2009 Order on Defendants' Motions to Dismiss in the securities class action (Dkt. No. 277).

8. Attached hereto as Exhibit 6 is a true and correct copy of American Institute of Certified Public Accountants Auditing Standard AU 150, "Generally Accepted Auditing Standards," dated December 15, 2001.

9. Attached hereto as Exhibit 7 is a true and correct copy of American Institute of Certified Public Accountants Auditing Standard AU 110, "Responsibilities and Function of the Independent Auditor," dated November 1972. The Court took judicial notice of this document in its May 15, 2009 Order on Defendants' Motions to Dismiss in the securities class action (Dkt. No. 277).

10. Attached hereto as Exhibit 8 is a true and correct copy of American Institute of Certified Public Accountants Auditing Standard AU 230, "Due Professional Care in the Performance of Work," dated November 1972.

11. Attached hereto as Exhibit 9 is a true and correct copy of American Institute of Certified Public Accountants Auditing Standard AU 326, "Audit Evidence," dated August 1980. The Court took judicial notice of this document in its May 15, 2009 Order on Defendants' Motions to Dismiss in the securities class action (Dkt. No. 277).

12. Attached hereto as Exhibit 10 is a true and correct copy of American Institute of Certified Public Accountants Auditing Standard AU 316, "Consideration of Fraud in a Financial Statement Audit," dated December 15, 2002.

13. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from Washington Mutual, Inc.'s Form 10-K/A for the Fiscal Year Ended December 31, 2007, which was filed with the SEC on May 22, 2008. Plaintiffs refer to this document in their Complaint.

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from Washington Mutual, Inc.'s Form 10-K for the Fiscal Year Ended December 31, 2007, which was filed with the SEC on February 29, 2008. Plaintiffs refer to this document in their Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in San Francisco, California on February 16, 2010.

By /s/ Samuel B. Lutz
Samuel B. Lutz
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 391-0600
samuel.lutz@lw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the Court's Electronic Mail Notice List.

Dated: February 16, 2010

By: */s/ Ralph H. Palumbo*
Ralph H. Palumbo (WSBA No. 04751)

LUTZ DECLARATION IN SUPPORT OF DELOITTE & TOUCHE LLP'S MOTION TO DISMISS [DT-5]
LEAD CASE NO. C09-664 MJP

4

SUMMIT LAW GROUP PLLC